FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GAVLAK AND HILLSIDE SPRINGS FARM, INC.<br><br>Plaintiffs,<br>v.<br><br>TOWN OF SOMERS AND SOMERS ZONING BOARD OF APPEALS<br><br>Defendants. | CIVIL ACTION NO. 3:02cv1410(GLG)<br><br><br><br><br><br><br><br>FEBRUARY 2, 2004 |

**MOTION FOR EXTENSION OF SCHEDULING ORDER**

The defendants, Town of Somers and Somers Zoning and Board of Appeals, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by ninety (90) days, in order to complete outstanding discovery and to file dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

| | Present Deadline | Proposed Deadline |
|---|---|---|
| Discovery | February 1, 2004 | **May 1, 2004** |
| Dispositive Motions | March 1, 2004 | **June 1, 2004** |

All other deadlines are similarly to be extended.

342682

In support of this Motion, the parties represent as follows:

1. The land use dispute that underlines this matter was litigated to the Connecticut Supreme Court, See. Wood v Zoning Board of Appeals of the Town of Somers, 258 Conn. 651(2001).

2. The dispute has generated a significant written record.

3. The parties have exchanged extensive written discovery.

4. Most discovery is complete in this case including the deposition of the plaintiff, David Gavlak, however, the recent deposition may lead to limited additional discovery that the parties wish to conduct.

5. Despite the diligence of the parties; however, it does not appear that they will be able to complete discovery as set forth within the existing scheduling order, such that the defendants will be able to file dispositive motions by the exiting April 1, 2004 deadline.

6. On February 2, 2004, the undersigned tried to contact John Williams to discuss this request, however Attorney Williams was unavailable.

**WHEREFORE**, the defendants Town of Somers and Somers Zoning Board of Appeals, requests that their Motion for Extension of Scheduling Order of ninety (90) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
TOWN OF SOMERS and
SOMERS ZONING BOARD OF APPEALS

By:__________________________

JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600


**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing, Motion for Extension of Scheduling Order, has been sent via U.S. certified mailed, postage prepaid, this 2nd day of February 2004, to the following counsel of record:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By:________________________
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

342682