**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
DAVID GAVLAK and HILLSIDE           :
SPRINGS FARM, INC.,                 :
                                    :
        Plaintiff,                  :        ORDER
                                    :
    -against-                       :
                                    :        3: 02 CV 1410 (GLG)
TOWN OF SOMERS and                  :
SOMERS ZONING BOARD OF APPEALS,     :
                                    :
        Defendants.                 :
------------------------------------X
```

The defendants motion for extension of scheduling order [Doc. #18] is **granted**. The deadlines are extended as follows:

    Discovery                  May 1, 2004

    Dispositive Motions     June 1, 2004

        **SO ORDERED.**

**Dated:    February 9, 2004**
              **Waterbury, CT**                        /s/
                                                      Gerard L. Goettel
                                                         U.S.D.J.