UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GAVLAK AND : | |
| HILLSIDE SPRINGS FARM, INC.   : | CIVIL ACTION NUMBER: |
| *Plaintiffs,*   : | |
| : | 3:02CV1410(GLG) |
| VS.   : | |
| : | |
| TOWN OF SOMERS   : | |
| AND   : | |
| SOMERS ZONING BOARD OF APPEALS : | |
| *Defendants.*   : | FEBRUARY 26, 2004 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION**

Pursuant to Local Rule 7(b), the plaintiffs, David Gavlak and Hillside Springs Farm, Inc., respectfully requests an extension of time of sixty (60) days, up to and including MAY 24, 2004, to comply with Defendants' Interrogatories and Requests for Production, dated FEBRUARY 23, 2004.

In support of this motion, plaintiffs represent as follows:

1   They were served with defendants' Interrogatories and Request for Production on or about February 23, 2004.

1

2.	Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3.	Despite diligent effort, undersigned counsel cannot ascertain opposing counsel's position regarding this request for an extension of time.

4.	This is the plaintiff's first request for an extension of time to respond to defendants' Interrogatories and Request for Production.

5.	No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

                      THE PLAINTIFFS,
                      DAVID GAVLAK AND HILLSIDE SPRINGS
                      FARM, INC.

BY_____
      JOHN R. WILLIAMS
      Federal Bar No. ct00215
      Williams & Pattis, LLC
      51 Elm Street, Suite 409
      New Haven, CT 06510
      Telephone: 203.562.9931
      Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 26th day of February, 2004, to the following parties and counsel of record:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

                                  JOHN R. WILLIAMS