**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
------------------------------------X
DAVID GAVLAK and HILLSIDE            :
SPRINGS FARM, INC.,                  :
                                     :
          Plaintiff,                 :        ORDER
                                     :
     -against-                       :
                                     :        3: 02 CV 1410 (GLG)
TOWN OF SOMERS and                   :
SOMERS ZONING BOARD OF APPEALS,      :
                                     :
          Defendants.                :
------------------------------------X
```

Plaintiff's motion for extension of time to May 24, 2004 to respond to Defendants' Second Request for Production [Doc. #20] is **granted**.

       **SO ORDERED.**

**Dated:    March 11, 2004
           Waterbury, CT**                          /s/
                                                          **Gerard L. Goettel
                                                U.S.D.J.**