FILED

Apr 19   1 30 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GAVLAK AND<br>HILLSIDE SPRINGS FARM, INC. | CIVIL ACTION NO. 3:02cv1410(GLG) |
| Plaintiffs,<br>v. | |
| TOWN OF SOMERS AND<br>SOMERS ZONING BOARD OF APPEALS | |
| Defendants. | APRIL 16, 2004 |

## AGREED MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants, Town of Somers and Somers Zoning and Board of Appeals, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by ninety (90) days, in order to complete outstanding discovery and to file dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

| | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery | May 1, 2004 | **August 1, 2004** |
| Dispositive Motions | June 1, 2004 | **September 1, 2004** |

All other deadlines are similarly to be extended.

359816

In support of this Motion, the parties represent as follows:

1. The land use dispute that underlines this matter was litigated to the Connecticut Supreme Court, See. <u>Wood v Zoning Board of Appeals of the Town of Somers</u>, 258 Conn. 651(2001).

2. The dispute has generated a significant written record, with the plaintiff generating approximately 8,000 documents that plaintiff's counsel is in the process of reviewing in order to make available for defense counsel.

3. The parties have exchanged extensive written discovery.

4. The parties are working in cooperation in order to avoid copying expenses due to the voluminous record in this case, however, they require additional time to conclude the necessary discovery.

5. Despite the diligence of the parties; however, it does not appear that they will be able to complete discovery as set forth within the existing scheduling order, such that the defendants will be able to file dispositive motions by the exiting June 1, 2004 deadline.

6. On April 14, 2004, the undersigned spoke with a representative of plaintiff's counsel, John Williams, who indicated that he agreed to this request.

**WHEREFORE**, the defendants Town of Somers and Somers Zoning Board of Appeals, requests that their Motion for Extension of Scheduling Order of ninety (90) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
TOWN OF SOMERS and
SOMERS ZONING BOARD OF APPEALS

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

359816                              3

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, Motion for Extension of Scheduling Order, has been sent via U.S. certified mailed, postage prepaid, this 16th day of April 2004, to the following counsel of record:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

35159.00008

359816                                    4