**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
DAVID GAVLAK and HILLSIDE           :
SPRINGS FARM, INC.,                 :
                                    :
        Plaintiff,                  :       ORDER
                                    :
    -against-                       :
                                    :       3: 02 CV 1410 (GLG)
TOWN OF SOMERS and                  :
SOMERS ZONING BOARD OF APPEALS,     :
                                    :
        Defendants.                 :
------------------------------------X
```

The defendant's motion for extension of scheduling order [Doc. #22] is **granted.** The deadlines are extended as follows:

    Discovery               August 1, 2004

    Dispositive Motions     September 1, 2004

      **SO ORDERED.**

**Dated:   April 20, 2004**
         **Waterbury, CT**                    /s/
                                      Gerard L. Goettel
                                          U.S.D.J.