UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GAVLAK AND<br>HILLSIDE SPRINGS FARM, INC.<br><br>    Plaintiffs,<br>v.<br><br>TOWN OF SOMERS AND<br>SOMERS ZONING BOARD OF APPEALS<br><br>    Defendants. | CIVIL ACTION NO. 3:02CV1410(JCH)<br><br><br><br><br><br><br><br><br>SEPTEMBER 1, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 56, the defendants, Town of Somers and Somers Zoning Board of Appeals, move for summary judgment on all of the plaintiffs' remaining claims. In particular, no genuine issue of fact remains to be tried in the above-captioned matter because, based upon the undisputed facts, the defendants did not violate the plaintiffs' equal protection or due process rights as guaranteed by the 14th Amendment to the United States Constitution.

372601

As is more fully set forth in the accompanying Memorandum of Law, Statement of Undisputed Facts, affidavit and supporting documents, the defendants are entitled to judgment as a matter of law on the plaintiffs' Complaint because no reasonable jury could conclude that the plaintiffs' constitutional rights were violated.

WHEREFORE, the defendants Town of Somers and Somers Zoning Board of Appeals respectfully request summary judgment be entered in their favor.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
TOWN OF SOMERS and
SOMERS ZONING BOARD OF APPEALS

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600
jtallberg@uks.com

372601

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent via U.S. mail, postage prepaid, this 1st day of September 2004, to the following counsel of record:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

372601