# EXHIBIT B

**9c.**

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES E. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LAPERA

MICHAEL N. LAVELLE
JOSEPH M. LODATO
LISA A. MACLIOCHETTI
THOMAS E. MAXWELL, JR.
EDWARD B. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL C. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
ALAN I. SCHEER
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN

JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
JOHN R. WARD
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES R. WHITE, JR.
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN

RICHARD S. DiPRETA
ROD W. FARRELL
ERIC J. GEORGE
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P LUNDY
NORMA R. MANDULAK
JENNIFER T. McGRATH
DOUGLAS P. MORABITO
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
JONATHAN M. SHAPIRO
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN B WEISBERG
AIMEE J. WOOD

Reply to:    Hartford
Telephone:   (860) 424-4346
E-Mail:      LJG@pullcom.com

February 11, 2002

Mr. John Torres
Chairman
Zoning Board of Appeals
Town Hall
600 Main Street
Somers, CT 06071

      RE:    Hillside Springs Farm, Inc.

Dear Mr. Torres:

      Hillside Springs Farm, Inc. ("Hillside") respectfully requests that the Board schedule a public hearing to consider the nonconforming use issue, which has been remanded from the Supreme Court.

      Hillside's appeal from the zoning enforcement officer's cease and desist order is subject to *de novo* review by this Board. You are to independently evaluate the evidence, including credibility of the witnesses who appear before the Board.

      The original hearing in this proceeding was five years ago. While an old written record may be helpful, the passage of time makes it difficult to recollect the weight you gave to certain witnesses' testimony.

      It would be fairer to all those concerned with this matter to create a fresh record and afford the members of the Board an opportunity to review evidence and testimony which is not staled by the passage of time. In my opinion, failure to do so would be a violation of Hillside's due process rights.

850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000   FAX (203) 576-8888
200 PEQUOT AVENUE   P.O. BOX 510   SOUTHPORT, CT 06490-0510   (203) 254-5000   FAX (203) 254-5070
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-3006   FAX (203) 776-7075
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300   FAX (860) 424-4370
350 BEDFORD STREET   STAMFORD, CT 06901-1743   (203) 324-5000   FAX (203) 363-8659
720 HOPMEADOW STREET   SIMSBURY, CT 06070-2225   (860) 651-9348   FAX (860) 651-1431
www.pullcom.com

## PULLMAN & COMLEY, LLC

Page 2

    Hillside therefore requests that the Board schedule a public hearing to consider the issues on remand from the Supreme Court. The Board's actions in holding a new hearing will ensure that a proper and appropriate record will be created.

DAVID GAVLAK
HILLSIDE SPRINGS FARM, INC.

By: _/s/ Lawrence J. Golden_
    Lawrence J. Golden
    Pullman & Comley, LLC
    90 State House Square
    Hartford, CT 06103-3702
    Its Attorney

LJG:sjf
cc:  Carl Landolina, Esq.
      Duncan J. Forsyth, Esq.

HTFD/58154.1/LJG/84553v1