# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------- :

DAVID GAVLAK AND :     CIVIL ACTION NO.  3:02CV1410(JCH)

HILLSIDE SPRINGS FARM, INC. :

       :

     Plaintiffs, :

v. :

       :

TOWN OF SOMERS AND :

SOMERS ZONING BOARD OF APPEALS :

       :

     Defendants. :     SEPTEMBER 22, 2004

_____ :

## NOTICE OF FILING SUPPLEMENTAL EXHIBIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants respectfully submit this Notice of Filing Supplemental Exhibit in Support of

the Defendants' Motion For Summary Judgment.  Defendants wish to supplement the original

Affidavit of James R. Taylor dated August 31, 2004, in place of the facsimile copy that was filed with

the defendants original motion.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
TOWN OF SOMERS and
SOMERS ZONING BOARD OF APPEALS


By:     /s/  James N. Tallberg, Esq.
        JAMES N. TALLBERG, ESQ.
        Federal Bar Number Ct17849
        UPDIKE, KELLY & SPELLACY, P.C.
        One State St., P.O. Box 231277
        Hartford, CT 06123-1277
        Tel. No. (860) 548-2600
        jtallberg@uks.com

374765

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been sent via U.S. certified mailed, postage prepaid, this 22 day of September 2004, to the following counsel of record:

John R. Williams, Esq.
William & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


By:____/s/ James N. Tallberg, Esq._____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

374765