UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------:
DAVID GAVLAK AND                             : CIVIL ACTION NO. 3:02CV1410(JCH)
HILLSIDE SPRINGS FARM, INC.                  :
                                             :
    Plaintiffs,                              :
v.                                           :
                                             :
TOWN OF SOMERS AND                           :
SOMERS ZONING BOARD OF APPEALS               :
                                             :
    Defendants.                              : AUGUST 31, 2004

### AFFIDAVIT OF JAMES R. TAYLOR

I, JAMES R. TAYLOR, being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1.    I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2.    I make this affidavit based on my personal knowledge and review of the records kept in the normal course of business by the Town of Somers.

3.    I am presently the Zoning Enforcement Officer in the Town of Somers, Connecticut, and have been so employed for approximately the past eight (8) years.

4.    On December 30, 1996, I issued a cease and desist order regarding the Water Operation on Wood Road run by David Gavlak. A copy of the order is attached as Exhibit 1.

372600

5. The cease and desist order was issued as a result of complaints made by neighbors of the property concerning truck traffic associated with the Water Operation in a residential neighborhood.

6. The complaints from some of the neighbors were heard by the Somers Zoning Commission at a meeting on December 2, 1996. A copy of the minutes of that meeting are kept by the Town of Somers in the ordinary course of business and are attached hereto as Exhibit 2.

7. Although the cease and desist order issued on December 30, 1996, it was not enforced because the plaintiff appealed the order.

8. Although the Zoning Board of Appeals prevailed in the plaintiffs' appeal of the cease and desist order concerning the interpretation of permitted agricultural uses, the Zoning Board of Appeals ultimately concluded that the plaintiff's collection, storage and transportation of spring water constitutes a legal non-conforming use of the property.

9. By legal notice dated July 10, 2003, the cease and desist order was overruled by the Zoning Board of Appeals. A copy of the Legal Notice dated July 10, 2003 is attached hereto.

10. At all relevant times, I did the best I could to treat the plaintiffs fairly while at the same time addressing the concerns of the neighbors who complained about the truck traffic created by the plaintiffs' Water Operation.

372600

11. I have no knowledge of any alleged plan, or conduct, by the Town of Somers or its agents or employees designed to interfere with the plaintiffs' business activities. To the contrary, at all times I did my best to fairly interpret and apply the Town of Somers' Zoning Regulations on an equal basis to all residents.

I have read the foregoing affidavit consisting of three (3) pages. It is true and accurate to the best of my knowledge.

JAMES R. TAYLOR
Affiant

Subscribed and sworn to before me
This 31 day of August, 2004

Notary Public/My Commission Expires
Aug. 2006

35159.7

372600