

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

**Screen Section Help:** Detail  Party  Motions

# Case Detail

**Data Updated as of:** 9/28/2004

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| WOOD, BRUCE  ET AL | v. | SOMERS, TOWN OF |

| | |
|---|---|
| **Docket Number:** CV-02-0078555-S | **Court Location:** Tolland |
| **File Date:** May 02 2002 | **Return Date:** May 28 2002 |
| **\* Last Action Date:** Apr 21 2003 | **ADR Status:** Not Applicable |
| **Case Type:** APPEALS - ZONING | |

| | |
|---|---|
| **List Type:** ADMIN APPEALS | |
| **Disposition Date:** Apr 08 2003 | |
| **Judge/Magistrate:** Hon. L. KLACZAK | **Trial List Claim:** May 03 2002 |
| **Disposition:** JUDGMENT WITHOUT TRIAL | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| BRUCE WOOD | 01 | P | | |
| Attorney: JAMES SHERMAN (Juris No. 057073) | | | | |
| 185 WEST ROAD  P. O. BOX 285  ELLINGTON , CT 06029 0285 | | | | |
| DAVID GAVLAK | 02 | P | | |
| Attorney: HALLORAN & SAGE (Juris No. 026105) | | | | |
| ONE GOODWIN SQUARE  225 ASYLUM STREET  HARTFORD , CT 06103 | | | | |
| Attorney: PULLMAN & COMLEY LLC (Juris No. 409177) | | | | |
| 90 STATE HOUSE SQUARE  HARTFORD , CT 06103 3698 | | | | |
| HILLSIDE SPRINGS FARM INC | 03 | P | | |
| Attorney: HALLORAN & SAGE (Juris No. 026105) | | | | |
| ONE GOODWIN SQUARE  225 ASYLUM STREET  HARTFORD , CT 06103 | | | | |
| Attorney: PULLMAN & COMLEY LLC (Juris No. 409177) | | | | |

|  |  |
|---|---|
| | 90 STATE HOUSE SQUARE<br>HARTFORD , CT 06103 3698 |
| SOMERS TOWN OF ZONING<br>BOARD OF APPEA | 50    D |
| Attorney: FAHEY LANDOLINA & ASSOCIATES LLC (Juris No. 412111) | |
| | 487 SPRING STREET/STE 2<br>WINDSOR LOCKS , CT 06096 |

| Motions / Pleadings / Objections ||||||||
|---|---|---|---|---|---|---|---|
| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
| 101.20 | May 03 2002 | TRIAL LIST | | Yes | | | |
| 102.00 | May 17 2002 | ANSWER | D | No | | | |
| 103.00 | Jun 05 2002 | RETURN OF RECORD | D | No | | | |
| 104.00 | Jun 19 2002 | AMENDED ANSWER | D | No | | | |
| 105.00 | Jun 25 2002 | MOT EXTEND TIME-BRIEF | P | No | Granted | Jul 08 2002 | Hon. GEORGE LEVINE |
| 106.00 | Jul 01 2002 | MOTION-SEE FILE | P | No | | | |
| 107.00 | Aug 08 2002 | BRIEF | P | No | | | |
| 108.00 | Aug 15 2002 | ORDER | Court | No | | | |
| 109.00 | Oct 17 2002 | ORDER | Court | No | | | |
| 110.00 | Nov 21 2002 | BRIEF | D | No | | | |
| 111.00 | Apr 08 2003 | EXHIBITS FILED | P | No | | | |
| 112.00 | Apr 08 2003 | JUDGMENT WITHOUT TRIAL | | Yes | | Apr 08 2003 | Hon. LAWRENCE KLACZAK |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2004, State of Connecticut Judicial Branch