UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID GAVLAK and
HILLSIDE SPRINGS FARM

        v.                              3:02cv1410 JCH

TOWN OF SOMERS and
SOMERS ZONING BOARD
of APPEALS

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 29, 2005, entered a Ruling granting defendants' motion for summary judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of August, 2005.

                                      KEVIN F. ROWE, Clerk

                                      By      /s/ Chrystine W. Cody
                                                Deputy-in-Charge

Entered on Docket _____