UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID GAVLAK and | : | |
| HILLSIDE SPRINGS FARM, INC. | : | |
| | : | |
| VS. | : | NO. 3:02CV1410(JCH) |
| | : | |
| TOWN OF SOMERS and | : | |
| SOMERS ZONING BOARD OF APPEALS | : | AUGUST 26, 2005 |

## A P P E A L

The plaintiffs David Gavlak and Hillside Springs Farm, Inc., appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered against them in this case on August 2, 2005, a copy of which is attached hereto.

        THE PLAINTIFFS, DAVID GAVLAK and
        HILLSIDE SPRINGS FARM, INC.


BY:_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street, Suite 409
        New Haven, CT 06510
        TELEPHONE: 203.562.9931
        FAX: 203.776.9494
        E-MAIL: jrw@johnrwilliams.com
        Plaintiffs' Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to James N. Tallberg, Esq., Updike, Kelly & Spellacy, P.C., P. O. Box 231277, Hartford, CT 06123-1277.

_____
JOHN R. WILLIAMS