**MANDATE**

nhct
02-cv-1410
Hall

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

## AMENDED SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th day of June, two thousand and six.

Present:   HON. ROGER J. MINER,
           HON. RICHARD C. WESLEY,
                       *Circuit Judges.*
           HON. LAURA TAYLOR SWAIN,
                       *District Judge.*[1]



FILED JUN 19 2006

DAVID GAVLAK AND HILLSIDE SPRING FARM, INC.,

          *Plaintiffs-Appellants,*

- v -                                                            (05-4748-cv)

TOWN OF SOMERS AND SOMERS ZONING BOARD OF APPEALS,

          *Defendants-Appellees.*

Appearing for Plaintiffs-Appellants:      John R. Williams, New Haven, Connecticut.

Appearing for Defendants-Appellees:       James N. Tallberg, West Hartford, Connecticut.

---

[1]The Honorable Laura Taylor Swain of the United States District Court for the Southern District of New York sitting by designation.

A TRUE COPY

Issued as Mandate: 8/18/06

1

Appeal from the United States District Court for the District of Connecticut (Hall, J.).

1 **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND**

2 **DECREED** that the judgment of the District Court be **AFFIRMED**.

3 Plaintiffs David Gavlak and Hillside Springs Farm, Inc., appeal from an August 2, 2005

4 judgment of the District Court dismissing all claims against defendants Town of Somers and

5 Somers Zoning Board of Appeals on the basis of defendants' motion for summary judgment. We

6 assume the parties' familiarity with the underlying facts and procedural history. Substantially for

7 the reasons stated in the opinion of the District Court, we conclude that summary judgment for

8 defendants was appropriate for all the claims in the complaint. We have carefully considered all

9 of plaintiffs' arguments and find them without merit. The judgment of the District Court is

10 AFFIRMED and the pending motion to supplement the record is hereby DENIED as moot.

11

12
13 For the Court
14 Roseann B. MacKechnie, Clerk
15
16
17 By:

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

**AMENDED SUMMARY ORDER**

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th day of June, two thousand and six.

Present:    HON. ROGER J. MINER,
            HON. RICHARD C. WESLEY,
                            *Circuit Judges.*
            HON. LAURA TAYLOR SWAIN,
                            *District Judge.*[1]



DAVID GAVLAK AND HILLSIDE SPRING FARM, INC.,

        *Plaintiffs-Appellants,*

- v -                                                  (05-4748-cv)

TOWN OF SOMERS AND SOMERS ZONING BOARD OF APPEALS,

        *Defendants-Appellees.*

Appearing for Plaintiffs-Appellants:    John R. Williams, New Haven, Connecticut.

Appearing for Defendants-Appellees:    James N. Tallberg, West Hartford, Connecticut.

---

[1]The Honorable Laura Taylor Swain of the United States District Court for the Southern District of New York sitting by designation.



1

Appeal from the United States District Court for the District of Connecticut (Hall, J.).

1    **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND**

2    **DECREED** that the judgment of the District Court be **AFFIRMED**.

3    Plaintiffs David Gavlak and Hillside Springs Farm, Inc., appeal from an August 2, 2005

4    judgment of the District Court dismissing all claims against defendants Town of Somers and

5    Somers Zoning Board of Appeals on the basis of defendants' motion for summary judgment. We

6    assume the parties' familiarity with the underlying facts and procedural history. Substantially for

7    the reasons stated in the opinion of the District Court, we conclude that summary judgment for

8    defendants was appropriate for all the claims in the complaint. We have carefully considered all

9    of plaintiffs' arguments and find them without merit. The judgment of the District Court is

10   AFFIRMED and the pending motion to supplement the record is hereby DENIED as moot.

11

12
13        For the Court
14        Roseann B. MacKechnie, Clerk
15
16        *Lucille Carr* (signature)
17   By: